# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA FRIEDRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3179 |
| | § | |
| ACOSTA SALES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER APPROVING MOTION TO SEAL IN PART

The parties' Joint Motion to File Confidential Settlement Agreement Under Seal is granted in part. The parties state that they want to protect the confidentiality of the settlement amounts and payment-related terms. The court finds good cause to protect the confidentiality of these provisions. The parties may file the entire agreement under seal, no later than **November 8, 2010**, and must also file a copy with the settlement amounts and payment terms redacted.

SIGNED on November 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge