**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| REBECCA FRIEDRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3179 |
| | § | |
| ACOSTA SALES, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER APPROVING SETTLEMENT AGREEMENT**

The court has considered the Joint Motion for Approval of Settlement and grants the Motion. The court finds the following: the terms contained in the Settlement Agreement are in the plaintiff's best interests because they enable her to recover the wages she alleges were unpaid without the necessity of trial and possible appeals; the terms of the Settlement Agreement have been explained to and approved by the plaintiff, who has had a reasonable amount of time to consider the Settlement Agreement and has entered into it knowingly and voluntarily; the Settlement Agreement was reached between the parties to resolve bona fide disputes between them, including claims for attorneys' fees and costs arising in this action; and this Settlement Agreement constitutes a fair and reasonable settlement of the disputed claims.

Accordingly, the Settlement Agreement entered into between the parties is approved by this court.

SIGNED on November 1, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge