**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| REBECCA FRIEDRICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3179 |
| | § | |
| ACOSTA SALES, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

This case is dismissed, with prejudice.  The parties are to bear their own costs of court and

attorneys' fees, except as otherwise agreed.

SIGNED on November 1, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge